# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:24-CV-00117-JRG

Plaintiff:
**Intercurrency Software LLC**

vs.

Defendant:
**Aux Cayes FinTech Co. Ltd.**

For:
Garteiser Honea, PLLC
119 W. Ferguson Street
Tyler, TX 75702

Received by Markus Fagerberg on the 23rd day of February, 2024 at 11:28 am to be served on **Aux Cayes FinTech Co. Ltd. by serving the Texas Secretary of State, 1019 Brazos St., Austin, Travis County, TX 78701**.

I, Markus Fagerberg, being duly sworn, depose and say that on the **23rd day of February, 2024 at 3:35 pm, I:**

served to **THE TEXAS SECRETARY OF STATE** by delivering a true copy of the **Two Copies of Summons in a Civil Action and Original Complaint for Patent Infringement, with $55.00 Texas Secretary of State Filing Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State** as **Authorized Agent** at the address of **1019 Brazos St., Austin, Travis County, TX 78701**, on behalf of **Aux Cayes FinTech Co. Ltd.** and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 23, 2024 by Markus Fagerberg, declarant.

Subscribed and Sworn to before me on the 23rd day of February, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710

**Markus Fagerberg**
PSC- 23308; Exp. 09/30/2025

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: MST-2024001652
Ref: Intercurrency v. Aux Cayes

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w